**EXHIBIT B**

Mar 6, 2012, 9:20 AM

U owe me. Mofo

Haaaaa, agreed

Mar 7, 2012, 6:19 PM

Going to do that deal I told u bout. $2m for 90 days. Need $250 to $300k more. Can u do? Bout 40% return plus small piece of deal. First TD plus personal guarentee and I will guarentee as well

Mar 7, 2012, 8:01 PM