**EXHIBIT C**

From: Peter Wilson paw2@cox.net
Subject: Uniloc trade
Date: Feb 7, 2012 at 4:42:15 PM
To: Benjamin Foley bennyfoley@gmail.com

Wire info...

Wells Fargo Bank
Newport Beach, Cal
ABA #122000247
Acct Name   KPC, llc
Acct # 7629593943

$400k @ $40 per share or better....confirmed.  Doc tomorrow or next day.