JUDGE PAULEY

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York ▾

Benjamin Foley ) 
) 
) 
) **18 CV 504**
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No.
Peter Wilson )
and )
KPC, LLC )
)
_____ )
*Defendant(s)* )

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-30-18

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Peter Wilson
3334 E Coast Hwy.
#412
Corona Del Mar, CA 92625

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Pro Se - Benjamin Foley
8 Main St
Hastings on Hudson N 10706

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK
CLERK OF COURT

Date: JAN 1 9 2018 _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18CV504

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Peter Wilson was received by me on *(date)* 1/22/18.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☒ Other: On 1/23/18 I sub-served the summons on Pat Palazuelos, owner of The UPS Store at 3334 E. Coast Hwy, Corona del Mar,, CA 92625; I told her that I was serving legal papers on Mr. Wilson, and she said she would put them in mailbox #412. I thereafter mailed a copy to the same address; or

My fees are $ 0.00 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date: 1/25/18

_____
*Server's signature*

Yvette Hemmens Orange County #2987
_____
*Printed name and title*

2151 Michelson Drive, Suite 168, Irvine, CA 92612
_____
*Server's address*

Additional information regarding attempted service, etc.:

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL
POSTAGE REQUIRED

**UNITED STATES**
**POSTAL SERVICE**®

**PRIORITY**®

**P**

Origin: 06405
Destination: 10007
0 Lb 2.00 Oz
Jan 26, 18
0805440405-40

1006

**US POSTAGE PAID**
**$6.70**

**PRIORITY MAIL 2-Day ®**

Retail

Expected Delivery Day: 01/29/2018       C014

**USPS TRACKING NUMBER**

9505 5124 5028 8026 1651 14

EP14F July 2013
OD: 12.5 x 9.5

USMP3
SDNY

FROM: FoLEY
5D LINDEN AVE
BRANFORD, CT 06405

TO:
US DISTRICT COURT OF SOUT
DISTRICT OF NY
Pro Se Intake Unit
Daniel Patrick Moynihan
US Courthouse
500 Pearl St Room 200
NY, NY 10007



**VISIT US AT USPS.COM**®
ORDER FREE SUPPLIES ONLINE

**UNITED S**
**POSTAL SE**