Answer to complaint 18CV504

Benjamin Foley Plaintiff
Vs.
Peter Wilson
KPC llc

1. The defendant admits he is a resident of California
2. The defendant does not admit this court has jurisdiction over this lawsuit The transaction was generated in the state of calif and the plantiff is a resident of Florida
6. The defendant denies this claim as the shares reside in KPC llc as per the agreement
7. Admits
8. Admits
9. Admits
10. Admits
11. Admits
12. Denies two separate wires were sent
13. unknown
14. Admits and was sent
15. Admits. Case was later over turned
16. Denies
17. Admits
18. unknown
19. Denies
20. Denies
21. Unknown
22. Denies
23. Denies
24. Denies
25. Denies
26. Denies and refutes an interest demand as it was not a loan
27. Denies paper work was sent
28. Denies
29. Denies and no interest can be calculated
30. Denies
31. Denies
32. Denies
33. Denies
34. Denies
35. Denies KPC still has shares

FIRST DEFENSE
The court lacks venue over this action
SECOND DEFENSE



The statute of limitations bars this action in that the events described in the complaint occurred more than seven years before the lawsuit was filed.

I declare under penalty of perjury that the foregoing is true and correct. Signed the 21st day of April 2019.

*[signature]*

PETER WILSON

ADDRESS 3334 E. COAST HWY #412
CORONA DEL MAR, CA. 92625

TEL 949 500-4478

# Extremely Urgent

This envelope is for use with the following services:

- **UPS Next Day Air**®
- **UPS Worldwide Express**
- **UPS 2nd Day Air**®

Apply shipping documents on

Do not use this envelope for:

- **UPS Ground**
- **UPS Standard**
- **UPS 3 Day Select**®
- **UPS Worldwide Expedited**®

Visit **theupsstore.com** to learn about our Print & Business

Visit **theupsstore.com** or call **1-800-PICK-UPS**® (1-800-742-5877) to find a location near you.

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Express Envelopes containing items other than those listed or weighing more than 8 oz. will be billed by weight.

**International Shipments**
- The UPS Express Envelope may be used only for documents of no commercial value. Certain countries consider electronic media as documents. Visit ups.com/importexport to verify if your shipment is classified as a document.
- To qualify for the Letter rate, the UPS Express Envelope must weigh 8 oz. or less UPS Express Envelopes weighing more than 8 oz. will be billed by weight.

**Note:** Express Envelopes are not recommended for shipments of electronic media containing sensitive personal information or breakable items. Do not send cash or cash equivalent.



PETER WILSON
(949) 500-4478
THE UPS STORE #0120
668 N COAST HWY
LAGUNA BEACH  CA 92651-4319

SHIP THURGOOD MARSHALL COURTHOUSE
TO:  PRO SE INTAKE UNIT
     RM 105
     40 FOLEY SQ

        0.1 LBS  LTR  1 OF 1
             SHP WT: LTR
             DATE: 26 APR 2019

NEW YORK  NY 10007-1502

**NY 102 9-10**

**UPS NEXT DAY AIR**

TRACKING #: 1Z 93E 477 01 3400 2952         1

BILLING: P/P

2019 APR 30 PM 1:29
S.D. OF N.Y.

cycled fiber
-Consumer

WILSON
1020 EMERALD BAY
LAGUNA BEACH CA
92651

RECEIVED
SDNY PRO SE OFFICE

2019 APR 30 PM 1:29

S.D. OF N.Y.

PRO SE INTAKE UNIT
THURGOOD MARSHALL COURTHOUSE
RM 105
40 FOLEY SQUARE
NY, NY 10007