UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BENJAMIN FOLEY,

                Plaintiff,

-against-

PETER WILSON AND KPC, LLC,
                Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/2020

18 CIV 504 (RA)

**DEFAULT JUDGMENT**

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated February 7, 2020, and the Court's Memorandum Opinion and Order dated January 2, 2020, Plaintiff's motion for default judgment is granted as to the breach of contract claim and denied as to the remaining causes of action. Defendants must pay $400,000 in damages to Plaintiff, and prejudgment interest in the amount of $73,868; accordingly, the case is closed.

**DATED**: New York, New York
          February 10, 2020

                                        **RUBY J. KRAJICK**

                                        **Clerk of Court**

                          BY: *KMango*
                                **Deputy Clerk**